**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00781-CV

**DENNIS TOPLETZ, ET AL., Appellants**

**V.**

**JAMES CHOICE, ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13993**

### ORDER

Before the Court is appellants' unopposed motion for extension of time to file their reply brief. We **GRANT** the motion and **ORDER** the brief received January 10, 2023 filed as of the date of this order.

/s/    BILL PEDERSEN, III
JUSTICE